# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Luz Alejandrina Guaman Zhinin, on behalf of herself and others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Voance LLC d/b/a Voance Hair Salon, and Rasheda Akter <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 25—CV—126 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Voance LLC c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, NY 12231;

Rasheda Akter, 1065 Lexington Avenue, NY, NY 10021.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/08/2025

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

