```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LUZ ALEJANDRINA GUAMAN ZHININ,

              Plaintiff,          25-cv-126 (JGK)

      - against -            ORDER

VOANCE LLC, ET AL.,

              Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **March 10, 2025.**

SO ORDERED.

Dated:    New York, New York
           February 24, 2025

                                    _____
                                        John G. Koeltl
                              **United States District Judge**