# CILENTI & COOPER, PLLC

### ATTORNEYS AT LAW

60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

March 31, 2026

**BY ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

4/1/26

*John G. Koeltl, U.S.D.J.*

> **Re:    *Zhinin v. Voance LLC, et al.***
> **Case No. 25-CV-126 (JGK) (HJR)**

Dear Judge Koeltl,

We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. Pursuant to the Court's Order, the parties are to file their settlement agreement for review and approval by April 3, 2026. However, the parties remain in the process of finalizing their settlement documents and, therefore, request an extension of time until April 24, 2026, to submit the necessary paperwork.

No prior request for similar relief has been made.

We thank the Court for considering this application.

Respectfully submitted,

*Justin Cilenti*
Justin Cilenti

cc: Mitchell Segal, Esq. (by ECF)