UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUZ ALEJANDRINA GUAMAN ZHININ,

                Plaintiff,

     - against -

VOANCE LLC, ET AL.,

              Defendants.

---

25-cv-126 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the parties expect to have a signed settlement agreement by **Friday, May 15, 2026.**

By **Friday, May 22, 2026,** the parties should submit a letter to the Court attaching the settlement agreement and explaining why it is fair, reasonable, and adequate. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015). The letter should include an explanation of the attorney's fees and costs, together with the necessary time records, biographies, and billing rates to calculate the lodestar.

SO ORDERED.

Dated:    New York, New York
          May 12, 2026

                        John G. Koeltl
                United States District Judge